UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGA CHAPETON, ET AL.,

        Plaintiffs,

- against -

MEDTRONIC INC., ET AL.,

        Defendants.

14 Civ. 866 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs should advise the Court of the status of the pending Motion to Remand in view of the dismissal of the Medtronic defendants.

SO ORDERED.

Dated:    New York, New York
            December 3, 2014

                                        John G. Koeltl
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/5/14